No. 328. Space Aero Products Co., Inc., et al. *v.* R. E. Darling Co., Inc. Ct. App. Md. Certiorari denied. Mr. Justice Fortas took no part in the consideration or decision of this petition. *Abe Fortas, Dennis G. Lyons, Joseph Sherbow, Edward F. Shea, Jr.,* and *Rourke J. Sheehan* for petitioners. *James P. Donovan* and *Jack H. Olender* for respondent.

No. 337. Hanson et al. *v.* No-Joint Concrete Pipe Co. C. A. 9th Cir. Certiorari denied. Mr. Justice Fortas took no part in the consideration or decision of this petition. *Charles F. Scanlan* for petitioners. *Jack E. Hursh* for respondent.

No. 354. S. W. Farber, Inc. *v.* Texas Instruments, Inc. C. A. 3d Cir. Certiorari denied. Mr. Justice Fortas took no part in the consideration or decision of this petition. *Hobart N. Durham, John C. Vassil* and *Thomas N. O'Neill, Jr.,* for petitioner. *Robert F. Davis* for respondent.

No. 398. Doyle *v.* United States. C. A. 2d Cir. Certiorari denied. Mr. Justice Fortas took no part in the consideration or decision or this petition. *Moses Krislov* and *Arthur H. Christy* for petitioner. *Acting Solicitor General Spritzer* for the United States.

No. 181. Burchinal *v.* United States. C. A. 10th Cir. Motion to dispense with printing the petition granted. Certiorari denied. *Isaac Mellman* and *Gerald N. Mellman* for petitioner. *Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.